IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH R. LYONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08-cv-627 |
| | ) |
| MICHAEL J. ASTRUE, | ) Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER and FINAL JUDGMENT

Before the Court are Plaintiff Deborah R. Lyons' Motion for Judgment on the Administrative Record (Doc. No. 14) and Defendant Commissioner's Motion for Judgment on the Administrative Record (Doc. No. 18). Plaintiff seeks judicial review of the Commissioner's denial of her claim for Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act (the "Act") on the grounds that the ALJ failed to provide sufficient justification for discounting the opinions of Plaintiff's treating physician, erred in concluding Plaintiff did not have a valid diagnosis of fibromyalgia, and erred in discounting Plaintiff's credibility. In response, and in support of his own motion, the Defendant asserts that the agency's decision denying benefits is supported by substantial evidence in the record and should be upheld.

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the Commissioner applied the appropriate legal standards and that his decision is supported by substantial evidence in the record. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No.14) is therefore **DENIED**. The Commissioner's Motion for Judgment (Doc. No. 18) is **GRANTED**, the Administration's underlying decision **AFFIRMED**, and this matter **DISMISSED**.

It is so **ORDERED**.

The is a final judgment from which an appeal may lie pursuant to Fed. R. Civ. P. 58.

*Thomas A. Wiseman Jr.*
Thomas A. Wiseman, Jr.
Senior U.S. District Judge